UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OTIS ELEVATOR COMPANY<br>Plaintiff;<br><br>v.<br><br>LOCAL 4, INTERNATIONAL UNION<br>OF ELEVATOR CONSTRUCTORS;<br>MICHAEL LANGER, INDIVIDUALLY,<br>and as BUSINESS MANAGER;<br>KEVIN McGETTIGAN, INDIVIDUALLY,<br>and as BUSINESS REPRESENTATIVE;<br>STEVE MORSE, INDIVIDUALLY, and<br>as BUSINESS REPRESENTATIVE;<br>and all others conspiring, acting in concert<br>or otherwise participating with them or<br>acting in their aid or behalf,<br><br>Defendants. | Docket No.<br><br><br><br><br><br>May 26, 2004 |

## OTIS ELEVATOR COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

NOW COMES Plaintiff, Otis Elevator Company ("Otis") pursuant to Fed.R.Civ.P. 7.1 concerning Corporate Disclosure Statements, and states that it is a wholly owned subsidiary of United Technologies Corporation which is a publicly held corporation.

Dated at Boston, Massachusetts
]May 26, 2004

MORGAN, BROWN & JOY, LLP

By: _____
Nathan L. Kaitz
Joseph McConnell
One Boston Place
Boston, Massachusetts 02108
Telephone : (617) 523-6666
Fax : (617) 367-3125

Dated at Brattleboro, Vermont  
May 26, 2004

DOWNS RACHLIN MARTIN PLLC

By _____  
Timothy E. Copeland, Jr.  
80 Linden Street  
PO Box 9  
Brattleboro, VT  05301  
(802) 258-3070  
Email:  tcopeland@drm.com

ATTORNEYS FOR PLAINTIFF,  
OTIS ELEVATOR COMPANY

BTV.267322.1