UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OTIS ELEVATOR COMPANY <br> Plaintiff; <br> <br> v. <br> <br> LOCAL 4, INTERNATIONAL UNION <br> OF ELEVATOR CONSTRUCTORS; <br> MICHAEL LANGER, INDIVIDUALLY, <br> and as BUSINESS MANAGER; <br> KEVIN McGETTIGAN, INDIVIDUALLY, <br> and as BUSINESS REPRESENTATIVE; <br> STEVE MORSE, INDIVIDUALLY, and <br> as BUSINESS REPRESENTATIVE; <br> and all others conspiring, acting in concert <br> or otherwise participating with them or <br> acting in their aid or behalf, <br> <br> Defendants. | U.S. Docket No. <br> <br> <br> <br> May 26, 2004 <br> <br> 04 11108 NMG |

## CERTIFICATE OF TIMOTHY E. COPELAND, JR.
(Local Rule 83.5.3(b))

Pursuant to Local Rule 83.5.3(b), I, Timothy E. Copeland, Jr., do certify:

1. I am an attorney with the law firm of Downs Rachlin Martin PLLC, 80 Linden Street, P.O. Box 9, Brattleboro, Vermont, 05301.

2. I am a member of the Vermont State Bar, the New Hampshire State Bar and in the bars for United States District Courts for the Districts of Vermont and New Hampshire.

3. I am a member in good standing of every jurisdiction in which I am admitted to practice.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I am familiar with the Local Rules of this Court.

6. I will practice at all times, and for this matter only, in association with Nathan Kaitz and/or Joseph McConnell, who are admitted to practice before this Court.

Dated at Boston, Massachusetts this 26th day of May, 2004.

Timothy E. Copeland, Jr.
Downs Rachlin Martin PLLC
80 Main Street
P.O. Box 9
Brattleboro, Vermont 05302-0009
Telephone: (802) 258-3070

STATE OF MASSACHUSETTS
COUNTY OF SUFFOLK, SS.

At Boston, Massachusetts this 26th day of May 2004, before me personally appeared Timothy E. Copeland, Jr., known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

[SEAL]

Notary Public
My Commission Expires: 02/10/07
7-2-10

BTV.267317.1

2