UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 MAY 26  P 12: 22
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| OTIS ELEVATOR COMPANY<br>Plaintiff;<br><br>v.<br><br>LOCAL 4, INTERNATIONAL UNION<br>OF ELEVATOR CONSTRUCTORS;<br>MICHAEL LANGER, INDIVIDUALLY,<br>and as BUSINESS MANAGER;<br>KEVIN McGETTIGAN, INDIVIDUALLY,<br>and as BUSINESS REPRESENTATIVE;<br>STEVE MORSE, INDIVIDUALLY, and<br>as BUSINESS REPRESENTATIVE;<br>and all others conspiring, acting in concert<br>or otherwise participating with them or<br>acting in their aid or behalf,<br><br>Defendants. | Docket No.<br><br>04 11108 JLT<br><br><br>May 26, 2004 |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Now comes the Plaintiff Otis Elevator Company ("Otis") and moves this Court to issue a Temporary Restraining Order in accordance with the Prayer for Relief in Otis' Complaint, a copy of which is attached hereto.

As more particularly set forth in the attached Memorandum in Support, Otis makes this Motion on the grounds alleged in the Complaint and because immediate and irreparable injury, loss and damage will result to Otis before notice can be given to all Defendants and the Defendants or their attorneys can be heard in opposition.

DOWNS
RACHLIN
MARTIN PLLC

Otis also submits for the Court's consideration the attached form of Order.

**PLAINTIFF REQUESTS ORAL ARGUMENT ON THIS MOTION**

Respectfully submitted,

_____
Timothy E. Copeland Jr.
Peter B. Robb
DOWNS RACHLIN MARTIN PLLC
80 Linden Street
P.O. Box 9
Brattleboro, VT 05302-0009
Telephone: (802) 258-3070
Fax: (802) 258-2286
E-mail: tcopeland@drm.com

and

_____
Nathan L. Kaitz
Joseph McConnell
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Massachusetts 02108
Telephone: (617) 523-6666
Fax: (617) 367-3125

BTV.267319.1

DOWNS
RACHLIN
MARTIN PLLC

2