UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 MAY 26 P 12: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

OTIS ELEVATOR COMPANY )
    Plaintiff, )
  )
v. )
  )
LOCAL 4, INTERNATIONAL UNION )
OF ELEVATOR CONSTRUCTORS; )
MICHAEL LANGER, INDIVIDUALLY, )
and as BUSINESS MANAGER; )
KEVIN McGETTIGAN, INDIVIDUALLY, )
and as BUSINESS REPRESENTATIVE; )
STEVE MORSE, INDIVIDUALLY, and )
as BUSINESS REPRESENTATIVE; )
and all others conspiring, acting in concert )
or otherwise participating with them or )
acting in their aid or behalf, )
  )
    Defendants. )

Docket No.

May 26, 2004

04 11108 JLT

### ATTORNEY'S CERTIFICATE

Timothy E. Copeland Jr. hereby certifies as follows:

1.    I am an attorney with the firm Downs Rachlin Martin PLLC, attorneys for Plaintiff Otis Elevator Company. I make this certification in support of Plaintiff's Motion for Temporary Restraining Order.

2.    On May 26, 2004, at about 9:15 a.m., I called Paul Kelly, of the law firm Segal, Roitman & Coleman, which represents Defendant IUEC, Local 4, at his office. I spoke with his secretary who said he was at an arbitration. I informed her that I would be requesting injunctive relief in U.S. District Court in Boston this morning against IUEC Local 4 for a work stoppage currently under way in Boston involving Otis Elevator Company. I asked her to repeat the information which she did. I provided her a telephone number at which I could be reached. I

asked her to inform Mr. Kelly as soon as possible. She said she would immediately attempt to reach Mr. Kelly with my message.

                                      OTIS ELEVATOR COMPANY

                                      By its attorneys

                                      _____
                                      Timothy E. Copeland Jr.
                                      Downs Rachlin Martin PLLC
                                      80 Linden Street
                                      PO Box 9
                                      Brattleboro, VT 05302
                                      802-258-3070

May 26, 2004

BTV.267323.1