UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -1  A 11: 17

U.S. DISTRICT OF MASS.
DISTRICT OF MASS.

| | |
|---|---|
| OTIS ELEVATOR COMPANY )<br>Plaintiff; )<br>)<br>v. )<br>)<br>LOCAL 4, INTERNATIONAL UNION )<br>OF ELEVATOR CONSTRUCTORS; )<br>MICHAEL LANGER, INDIVIDUALLY, )<br>and as BUSINESS MANAGER; )<br>KEVIN McGETTIGAN, INDIVIDUALLY, )<br>and as BUSINESS REPRESENTATIVE; )<br>STEVE MORSE, INDIVIDUALLY, and )<br>as BUSINESS REPRESENTATIVE; )<br>and all others conspiring, acting in concert )<br>or otherwise participating with them or )<br>acting in their aid or behalf, )<br>)<br>Defendants. ) | Bond No. 015020380<br><br>Docket No. 1:04-cv-11108-JLT |

## INJUNCTION BOND

Liberty Mutual Insurance Company ("Liberty"), as surety for Otis Elevator Company, is held and firmly bound unto Defendants in the above-captioned cause in the sum of Ten Thousand Dollars ($10,000), for the payment of which Liberty binds itself, its successors and assigns, jointly and severally, upon the following conditions. Plaintiff has petitioned the Court for a preliminary injunction restraining the performance of certain acts, which the Court has granted.

NOW, THEREFORE, if Plaintiff shall pay or cause to be paid to Defendants all costs or damages which may accrue by reason of a preliminary injunction, should this Court or a reviewing Court find that Defendants were wrongfully enjoined or restrained, then this obligation is void; otherwise the Bond shall be in full force and effect and provide a source of

recovery of costs and damages as may be incurred or suffered by Defendants if they are found to have been wrongfully enjoined or restrained.

SIGNED, SEALED AND DATED MAY 27, 2004

                                    LIBERTY MUTUAL INSURANCE COMPANY

                                    BY: /s/ Betty Calderon
                                        BETTY CALDERON, ATTORNEY-IN-FACT