UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -1  P 3: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

```
_____
OTIS ELEVATOR COMPANY         )
     Plaintiff,               )
                              )
v.                            )
                              )
LOCAL 4, INTERNATIONAL UNION  )   Docket No. 04-11108 JLT
OF ELEVATOR CONSTRUCTORS;     )
MICHAEL LANGER, individually, and as )
BUSINESS MANAGER; KEVIN       )
McGETTIGAN, individually, and as )
BUSINESS REPRESENTATIVE;      )
STEVE MORSE, individually, and )
as BUSINESS REPRESENTATIVE; and all )
others conspiring, acting in concert or )
otherwise participating with them or acting )
in their aid or behalf,       )
     Defendants.              )
                              )
_____ )
```

## TEMPORARY RESTRAINING ORDER

Upon the Summons and Verified Complaint herein dated May 26, 2004, and good cause appearing therefore, the Court hereby finds:

(1) A collective bargaining agreement is in effect; (2) that the collective bargaining agreement contains a no-strike clause; (3) that the dispute over the installation of the plunger/cylinder mechanism is covered by the grievance and arbitration provision of the collective bargaining agreement; (4) that the parties have alleged breaches of the collective bargaining agreement by each other; and (5) that ordinary principles of equity warrant relief. It is therefore ORDERED that pending the determination of plaintiff's application for a preliminary injunction or for a period not to exceed 10 days or until the 7th day of June at 3 o'clock p.m., or soon thereafter as counsel can be heard, unless this order be dissolved prior thereto or extended, then or thereafter, whichever is sooner:

Defendant, its officers, agents, representatives, members, employees and attorneys, and all persons in active concert or participation with them having notice from any source or in any manner of the entry of this order be and hereby are enjoined and restrained from calling, causing, inducing, encouraging, authorizing, conducting, continuing in or engaging in any strike, concerted work stoppage, concerted work slow down, sit-down or refusal to work or any other act or coercion or interference with Plaintiff's normal operations.

IT IS FURTHER ORDERED, that Plaintiffs shall post a bond in the amount of $10,000, conditioned as required by law, no later than Tuesday, June 1, at 3 o'clock p.m.

IT IS FURTHER ORDERED, that the parties arbitrate the dispute over the installation of the plunger/cylinder mechanism pursuant to the Expedited Labor Arbitration Procedures of the American Arbitration Association; and

IT IS FUTHER ORDERED, that Otis, its officers, agents, employees and attorneys are restrained from imposing discipline on Local 4 members over contract disputes between Otis and Local 4 and from applying to the Court for further equitable relief unless it has first offered to Local 4 the opportunity to arbitrate the underlying dispute pursuant to the Expedited Labor Arbitration Procedures of the American Arbitration Association.

6/3/04  10:20 AM
Date    Time

Joseph L. Tauro
Judge U.S. District Court