UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OTIS ELEVATOR COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 04-11108-JLT |
| LOCAL 4, INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, et al., | * | |
| Defendants. | * | |

ORDER

June 7, 2004

TAURO, J.

    This court hereby orders that:

1.    The Temporary Restraining Order [#15] that this court entered on June 3, 2004 is extended to June 17, 2004.

    IT IS SO ORDERED.

    /S/ Joseph L. Tauro
    United States District Judge