UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 16 P 3: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| OTIS ELEVATOR COMPANY )<br>    Plaintiff; )<br>)<br>v. )<br>)<br>LOCAL 4, INTERNATIONAL UNION )<br>OF ELEVATOR CONSTRUCTORS; )<br>MICHAEL LANGER, INDIVIDUALLY, )<br>and as BUSINESS MANAGER; )<br>KEVIN McGETTIGAN, INDIVIDUALLY, )<br>and as BUSINESS REPRESENTATIVE; )<br>STEVE MORSE, INDIVIDUALLY, and )<br>as BUSINESS REPRESENTATIVE; )<br>and all others conspiring, acting in concert )<br>or otherwise participating with them or )<br>acting in their aid or behalf, )<br>)<br>    Defendants. ) | Docket No. 1:04-cv-11108-JLT |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

Pursuant to Local Rule 7.1(B)(3), Plaintiff Otis Elevator Company ("Otis") moves for leave of court to submit a reply memorandum. A copy of the proposed reply memorandum is submitted herewith. Otis seeks to submit this memorandum to address the pending expiring of this Court's temporary restraining order and the lack of clarity between the parties' regarding the effect of such extension. This proposed memorandum does not merely reiterate Otis's arguments in its initial memorandum, but rather, is necessary to address both fact and legal positions set forth by Defendants. This short reply memorandum will assist the Court in efficiently and effectively adjudicating this matter.

Respectfully submitted,

Dated at Boston, Massachusetts
June 16, 2004

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Massachusetts 02108
Telephone : (617) 523-6666
Fax : (617) 367-3125

By _____
Nathan L. Kaitz
Joseph McConnell

and

DOWNS RACHLIN MARTIN, PLLC

Timothy E. Copeland Jr.
80 Linden Street
Brattleboro, VT  05301
(802) 258-3070
tcopeland@drm.com

ATTORNEYS FOR PLAINTIFF
OTIS ELEVATOR COMPANY

### CERTIFICATE OF SERVICE

The foregoing document was served today by hand upon Paul Kelly, Esquire, counsel for Defendants, Segal, Roitman & Coleman, 11 Beacon Street, Boston, MA  02108, this 16th day of June 2004.

_____

BRT.53084.1

2