UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OTIS ELEVATOR COMPANY )<br>　　Plaintiff; )<br>)<br>v. )<br>)<br>LOCAL 4, INTERNATIONAL UNION )<br>OF ELEVATOR CONSTRUCTORS; )<br>MICHAEL LANGER, INDIVIDUALLY, )<br>and as BUSINESS MANAGER; )<br>KEVIN McGETTIGAN, INDIVIDUALLY, )<br>and as BUSINESS REPRESENTATIVE; )<br>STEVE MORSE, INDIVIDUALLY, and )<br>as BUSINESS REPRESENTATIVE; )<br>and all others conspiring, acting in concert )<br>or otherwise participating with them or )<br>acting in their aid or behalf, )<br>)<br>　　Defendants. ) | Docket No. 1:04-cv-11108-NMG<br><br><br>**Notice of Appeal** |

Notice is hereby given that Otis Elevator Company, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from an Order entered in this action on the 17th day of June 2004.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated at Boston, Massachusetts
July ___, 2004

　　　　　　　　　　　　　　　　　　　　　　MORGAN, BROWN & JOY, LLP
　　　　　　　　　　　　　　　　　　　　　　One Boston Place
　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　　　　　Telephone : (617) 523-6666
　　　　　　　　　　　　　　　　　　　　　　Fax : (617) 367-3125

　　　　　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　　　Nathan L. Kaitz
　　　　　　　　　　　　　　　　　　　　　　Joseph McConnell

　　　　　　　　　　　　　　　　　　　　　　and

DOWNS RACHLIN MARTIN, PLLC

Timothy E. Copeland Jr.
80 Linden Street
Brattleboro, VT 05301
(802) 258-3070
tcopeland@drm.com

ATTORNEYS FOR PLAINTIFF
OTIS ELEVATOR COMPANY

## CERTIFICATE OF SERVICE

The foregoing document was served today by hand upon Paul Kelly, Esquire, counsel for defendants, Segal, Roitman & Coleman, 11 Beacon Street, Boston, MA 02108, this 14 day of July 2004.

BRT.53395.1