UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OTIS ELEVATOR COMPANY )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>LOCAL 4, INTERNATIONAL UNION )<br>OF ELEVATOR CONSTRUCTORS; )<br>MICHAEL LANGER, individually, and as )<br>BUSINESS MANAGER; KEVIN )<br>McGETTIGAN, individually, and as )<br>BUSINESS REPRESENTATIVE; )<br>STEVE MORSE, individually, and )<br>as BUSINESS REPRESENTATIVE; and all )<br>others conspiring, acting in concert or )<br>otherwise participating with them or acting )<br>in their aid or behalf, )<br>    Defendants. )<br> ) | Docket No. 04-11108 NMG<br><br>FILING FEE PAID:<br>RECEIPT #_____<br>AMOUNT $_____<br>BY DPTY CLK_____<br>DATE_____ |

## NOTICE OF APPEAL

Notice is hereby given that the Defendants herein appeal to the United States Court of Appeals for the First Circuit from the order of the district court entered on June 17, 2004.

                                      Respectfully submitted,

                                      IUEC LOCAL 4, MICHAEL LANGER,
                                      KEVIN McGETTIGAN, and STEVE
                                      MORSE and all others,

                                      By their attorney,

                                      _____
                                      Paul F. Kelly, Esq.
                                      SEGAL, ROITMAN & COLEMAN
                                      11 Beacon Street, Suite 500
                                      Boston, MA 02108
                                      (617) 742-0208

Dated: July 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on Nathan Kaitz, Esq. of Morgan, Brown & Joy, 1 Boston Place, Boston, MA 02108, and Timothy Copeland, Esq., Downs, Rachlin Martin, PLLC 80 Linden Street, Brattleboro, VT. 05301 by first class mail this 23rd day of July 2004.

_____
Paul F. Kelly