# United States Court of Appeals
## For the First Circuit

No. 04-1933

OTIS ELEVATOR COMPANY,

Plaintiff, Appellant,

v.

LOCAL 4, INTERNATIONAL UNION OF
ELEVATOR CONSTRUCTORS, ET AL.,

Defendants, Appellees.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

ORDER OF COURT

Entered: August 3, 2004

The motion for stay pending appeal is <u>granted in part</u>. Under the circumstances, we think it appropriate to stay the final paragraph (¶ 4) of the June 17, 2004 preliminary injunction pending further review. The motion is <u>denied</u> with respect to ¶ 3, which shall remain in effect pending appeal.

By the Court:

Richard Cushing Donovan, Clerk.

**JULIE GREGG**

By: _____
Appeals Attorney.

[Certified Copies: Judge Joseph L. Tauro, Tony Anastas, Clerk]

[cc: Joseph P. McConnell, Esq., Nathan L. Kaitz, Esq., Timothy E. Copeland, Esq., Paul F. Kelly, Esq.]