**United States District Court**
**District of Massachusetts**

```
                                    )
OTIS ELEVATOR COMPANY,              )
                                    )
          Plaintiff,                )
                                    )    Civil Action No.
     v.                             )    04-11108-NMG
                                    )
LOCAL 4, INTERNATIONAL UNION OF     )
ELEVATOR CONSTRUCTORS, et al.,      )
                                    )
          Defendants.               )
                                    )
```

**ORDER**

**GORTON, J.**

After review of Plaintiff's Motion for Preliminary
Injunction [#16] and Defendants' Opposition to Plaintiff's Motion
for Preliminary Injunction [#18], the session of this Court
(Tauro, J.) from which this case was transferred found, in an
Order dated June 17, 2004, that: (1) a collective bargaining
agreement was in effect; (2) the collective bargaining agreement
contained a no-strike clause; (3) the dispute over the
installation of the plunger/cylinder mechanism was covered by the
grievance and arbitration provision of the collective bargaining
agreement; (4) the Parties had alleged breaches of the collective
bargaining agreement by each other; and (5) ordinary principles
of equity warranted relief.

In accordance with the judgment of the First Circuit Court

-1-

of Appeals issued on May 11, 2005, that Order is modified and it
is hereby ordered that, pending the outcome of arbitration over
the plunger/cylinder dispute:

1)   Defendant Local 4, its officers, agents,
     representatives, members, employees, and attorneys, and
     all persons in active concert or participation with
     them having notice from any source or in any manner of
     the entry of this Order be and hereby are enjoined and
     restrained from calling, causing, inducing,
     encouraging, authorizing, conducting, continuing in or
     engaging in any strike, concerted work stoppage,
     concerted work slow-down, sit-down, or refusal to work,
     or any other act in coercion or interference with
     Plaintiff's normal operations;

2)   Plaintiff's bond shall remain in full force and effect
     for the period that this Order is in effect; and

3)   The Parties are to arbitrate the dispute over the
     installation of the plunger/cylinder mechanism pursuant
     to Article XV of the July 9, 2002 collective bargaining
     agreement entered into between Plaintiff and the
     International Union of Elevator Constructors.

**So ordered.**

Nathaniel M. Gorton
United States District Judge

Dated: June *10* , 2005

-2-